*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kim Floyd
    Debtor(s)

Case No: 14–18012–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Response to Certification of Default of Creditor THE BANK OF NEW YORK MELLON filed by debtor Kim Floyd.

on: 5/17/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/25/17

Timothy B. McGrath
Clerk of Court

73 – 72
Form 167