United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18012-jkf
Kim Floyd                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Apr 25, 2017
                Form ID: 167    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db         +Kim Floyd,    522 Winfield Avenue,    Upper Darby, PA 19082-2122
cr         +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      GEORGETTE   MILLER    on behalf of Debtor Kim  Floyd info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
      JOHN ERIC KISHBAUGH    on behalf of Creditor    Specialized Loan Servicing LLC jkishbaugh@udren.com, vbarber@udren.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LORRAINE GAZZARA DOYLE    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee ldoyle@udren.com, vbarber@udren.com
      THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                          TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kim Floyd
    Debtor(s)

Case No: 14–18012–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Response to Certification of Default of Creditor THE BANK OF NEW YORK MELLON filed by debtor Kim Floyd.

    on: 5/17/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 4/25/17

For The Court

Timothy B. McGrath
Clerk of Court

73 – 72
Form 167