# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kim Floyd : | |
| : | BK. No. 14-18012 |
| : | |
| **Debtor** : | Chapter No. 13 |
| : | |

# CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Modified Plan filed on April 26, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

I respectfully request that the Court enter the attached Order.

Dated:  May 24, 2017

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq.,P.C
119 S. Easton Rd
Glenside, PA 19038
Attorney for Debtors

{00274400;v1}