## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
KIM FLOYD                                               :
                                                        : BK. NO.: 14-18012

## O R D E R

AND NOW, this _____ day of _____ 2017, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Honorable J. FitzSimon**

**Date: May 25, 2017**