United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-18012-jkf
Kim Floyd                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                Date Rcvd: May 25, 2017
                              Form ID: pdf900         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.
```
db         +Kim Floyd,    522 Winfield Avenue,    Upper Darby, PA 19082-2122
cr         +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13399839   +Cba Collection Bureau,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
13399840   +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
13399841   +Delco Postal,    1410 Bywood Ave 2n P.O. Box 195,    Upper Darby, PA 19082-0195
13447632    ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13399842   +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13399843   #+Ecmc,   1 Imation Pl,    Oakdale, MN 55128-3422
13399844   +Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
13414648   +Lakeview Loan Servicing, LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
             701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
13399851   +Salute,   Po Box 105555,    Atlanta, GA 30348-5555
13404142    Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13399852   +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13399853   +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13456894   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
13840528    THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
             Greenville, SC 29603-0826
13468511    The Bank of New York Mellon,    c/o LORRAINE GAZZARA DOYLE,    Udren Law Offices, P.C.,
             111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
13814370   +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13399854   +Tribute,   Po Box 105555,    Atlanta, GA 30348-5555
13399855   +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov May 26 2017 01:08:01     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2017 01:07:37
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2017 01:07:55     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13458460    E-mail/Text: JCAP_BNC_Notices@jcap.com May 26 2017 01:07:51     Cascade Capital, Llc,
             c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13507200    E-mail/Text: cio.bncmail@irs.gov May 26 2017 01:07:28     Internal Revenue Service,
             PO Box 7346,    Philadelphia PA 19101-7346
13448502    E-mail/Text: JCAP_BNC_Notices@jcap.com May 26 2017 01:07:51     Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
13399845   +E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 00:59:07     Lvnv Funding Llc,
             Po Box 10497,    Greenville, SC 29603-0497
13399846    E-mail/Text: camanagement@mtb.com May 26 2017 01:07:30     M & T Bank,    1 Fountain Plz,
             Buffalo, NY 14203
13399847    E-mail/Text: camanagement@mtb.com May 26 2017 01:07:30     M&T Bank,    1100 Wehrle Dr.,
             Buffalo, NY 14221
13434792    E-mail/Text: camanagement@mtb.com May 26 2017 01:07:30     M&T Bank,    PO BOX 1288,
             Buffalo, NY 14240
13399848   +E-mail/Text: bankruptcydpt@mcmcg.com May 26 2017 01:07:45     Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13399849   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2017 01:04:31
             Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13570689    E-mail/Text: bnc-quantum@quantum3group.com May 26 2017 01:07:31
             Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA  98083-0788
13436618*   +Chrysler Capital,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
13399850   ##+Preferred Credit Inc,    3051 2nd St S Ste 200,    Saint Cloud, MN 56301-3201
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: May 25, 2017
                               Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor   Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          GEORGETTE  MILLER    on behalf of Debtor Kim  Floyd info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor   Specialized Loan Servicing LLC jkishbaugh@udren.com,
           vbarber@udren.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LORRAINE GAZZARA DOYLE    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
           York, as Trustee ldoyle@udren.com,  vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
KIM FLOYD                                                        :
                                                                 : BK. NO.: 14-18012

## O R D E R

AND NOW, this _____ day of _____2017, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
Honorable  J. FitzSimon

**Date: May 25, 2017**