IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |
|---|---|
| In re: KIM FLOYD<br>**Debtor(s)**<br>. | )<br>)<br>) CHAPTER 13<br>)<br>)<br>) Case No.: 14-18012 (JKF)<br>)<br>)<br>) |

## PRAECIPE WITHDRAWING NOTICE OF APPEARANCE

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw the Notice Of Appearance filed on or about September 16, 2017 in the above-referenced case, number 87 on the docket. The incorrect PDF document was attached; the Notice will be re-filed with the correct document attached.

Date: 9/19/17

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital