IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KIM FLOYD **Debtor(s)** | |
| | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. dba CHRYSLER CAPITAL **Moving Party** | Case No.: 14-18012 (AMC) |
| v. | **Hearing Date:  10-31-17 at 9:30 AM** |
| KIM FLOYD THRESSAN HIBBERT **Respondent(s)** | 11 U.S.C. 362 11 U.S.C. 1301 |
| WILLIAM C. MILLER **Trustee** | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 22, 2017 in the above matter is APPROVED.

Dated:  **November 27, 2017**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE