United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-18012-amc
Kim Floyd                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR          Page 1 of 1           Date Rcvd: Nov 27, 2017
                         Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.
db             +Kim Floyd,   522 Winfield Avenue,   Upper Darby, PA 19082-2122
cr             +Santander Consumer USA Inc. dba Chrysler Capital,   P.O. Box 562088, Suite 900 North,
                 Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      GEORGETTE MILLER    on behalf of Debtor Kim  Floyd info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com;r50524@notify.bestcase.com
      JOHN ERIC KISHBAUGH    on behalf of Creditor    Specialized Loan Servicing LLC jkishbaugh@udren.com,
       vbarber@udren.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      LORRAINE GAZZARA DOYLE    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
       York, as Trustee ldoyle@udren.com,   vbarber@udren.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
       bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
       ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON
       wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                    TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KIM FLOYD **Debtor(s)** | |
| | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. dba CHRYSLER CAPITAL **Moving Party** | Case No.: 14-18012 (AMC) |
| v. | **Hearing Date: 10-31-17 at 9:30 AM** |
| KIM FLOYD THRESSAN HIBBERT **Respondent(s)** | 11 U.S.C. 362 |
| | 11 U.S.C. 1301 |
| WILLIAM C. MILLER **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 22, 2017 in the above matter is APPROVED.

Dated: **November 27, 2017**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE