**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Kim Floyd                                                              CHAPTER 13

　　　DEBTOR(S)                                                          BANKRUPTCY NO: 14-18012

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on June 11, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated: July 1, 2019                                      /s/ Georgette Miller
　　　　　　　　　　　　　　　　　　　　　Georgette Miller
　　　　　　　　　　　　　　　　　　　　　Law Offices of Georgette Miller Esq., P.C
　　　　　　　　　　　　　　　　　　　　　335 Evesham Avenue
　　　　　　　　　　　　　　　　　　　　　Lawnside, NJ 08045
　　　　　　　　　　　　　　　　　　　　　856-323-1100
　　　　　　　　　　　　　　　　　　　　　Bar I.D. 86358
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

{00345997;v1}