**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kim Floyd         CHAPTER 13

DEBTOR(S)         BANKRUPTCY NO: 14-18012

**ORDER TO ALLOW COUNSEL FEES**

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of <u>1850.00</u>.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: July 2, 2019**         _____
                                                                Bankruptcy Judge

Dated:  June 11, 2019

cc:    William Miller, Esq.
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107

       US Trustee's Office
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Kim Floyd
       522 Winfield Avenue
       Upper Darby, PA 19082

{00345996;v1}