# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-18012-AMC

KIM FLOYD

522 WINFIELD AVENUE

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIM FLOYD

    522 WINFIELD AVENUE

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 7/11/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee