United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18012-elf
Kim Floyd                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 2              Date Rcvd: Sep 25, 2020
                              Form ID: 138NEW         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.

```
db            +Kim Floyd,    522 Winfield Avenue,    Upper Darby, PA 19082-2122
aty           +JOHN ERIC KISHBAUGH,    Udren Law Offices PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
cr            +Santander Consumer USA Inc. dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
                Dallas, TX 75356-2088
cr            +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                Greenville, SC 29603-0826
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
                P.O. Box 10826,    Greenville, SC 29603-0826
13399839      +Cba Collection Bureau,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
13399840      +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
13399841      +Delco Postal,    1410 Bywood Ave 2n P.O. Box 195,    Upper Darby, PA 19082-0195
13447632       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13399844      +Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
13414648      +Lakeview Loan Servicing, LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
13399851      +Salute,    Po Box 105555,    Atlanta, GA 30348-5555
13404142       Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13399852      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13399853      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13456894      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
13840528       THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                Greenville, SC 29603-0826
13468511       The Bank of New York Mellon,    c/o LORRAINE GAZZARA DOYLE,    Udren Law Offices, P.C.,
                111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
13814370      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13399854      +Tribute,    Po Box 105555,    Atlanta, GA 30348-5555
13986808      +William E. Craig, Esquire Morton & Craig, LLC,    110 Marter Ave.,    Suite 301,
                Moorestown, NJ 08057-3124
13399855      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:26      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:51
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2020 04:18:17     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13458460      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2020 04:18:13      Cascade Capital, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13507200       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 26 2020 04:17:35      Internal Revenue Service,
                PO Box 7346,    Philadelphia PA 19101-7346
13448502       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2020 04:18:13      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13399845      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2020 04:24:23      Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
13399846       E-mail/Text: camanagement@mtb.com Sep 26 2020 04:17:39      M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
13399847       E-mail/Text: camanagement@mtb.com Sep 26 2020 04:17:39      M&T Bank,    1100 Wehrle Dr.,
                Buffalo, NY 14221
13434792       E-mail/Text: camanagement@mtb.com Sep 26 2020 04:17:39      M&T Bank,    PO BOX 1288,
                Buffalo, NY 14240
13399848      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2020 04:18:07      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13399850       E-mail/Text: banko@preferredcredit.com Sep 26 2020 04:17:29      Preferred Credit Inc,
                3051 2nd St S Ste 200,    Saint Cloud, MN 56301
13399849      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2020 04:24:17
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13570689       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2020 04:17:41
                Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 14
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*            Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA  98083-0788
13436618*     +Chrysler Capital,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
```

```
District/off: 0313-2                  User: DonnaR                    Page 2 of 2                    Date Rcvd: Sep 25, 2020
                                      Form ID: 138NEW                 Total Noticed: 37

13399843      ##++++ECMC,    3505 HIGHPOINT DR N,    OAKDALE MN  55128-7577
              (address filed with court:   Ecmc,    1 Imation Pl,    Oakdale, MN 55128)
13399842      ##+Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
                                                                                                  TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Kim  Floyd mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               Josh.Goldman@padgettlawgroup.com,   kevin.shatley@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee Lorraine@mvrlaw.com,    Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-8 mshavel@hillwallack.com,    skenny@hillwallack.com;lharkins@hillwallack.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kim Floyd

      Debtor(s)                                Bankruptcy No: 14−18012−elf

                                                                             Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                       For The Court
                                                                        Timothy B. McGrath
                                                                          Clerk of Court

Dated: 9/25/20

                                                                                                      118 − 117
                                                                              Form 138_new