United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kim Floyd  
    Debtor(s)

Case No. 14-18012-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 2  
Date Rcvd: Oct 16, 2020     Form ID: 212     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kim Floyd, 522 Winfield Avenue, Upper Darby, PA 19082-2122 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name**     **Email Address**

ANDREW F GORNALL  
    on behalf of Creditor Lakeview Loan Servicing  LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

GEORGETTE MILLER  
    on behalf of Debtor Kim Floyd mlee@margolisedelstein.com  
    georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com;mcon1@margolisedelstein.com

JOSHUA I. GOLDMAN  
    on behalf of Creditor Lakeview Loan Servicing  LLC Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

KEVIN G. MCDONALD  
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Case 14-18012-elf    Doc 121    Filed 10/18/20    Entered 10/19/20 01:36:38    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: DonnaR | Page 2 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: 212 | Total Noticed: 1 |

LORRAINE GAZZARA DOYLE
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
    on behalf of Creditor THE BANK OF NEW YORK MELLON wmiller@friedmanvartolo.com wedwardmiller@gmail.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                              Chapter: 13

     Kim Floyd

Debtor(s)                                     Case No: 14−18012−elf

___

*ORDER*

AND NOW, 10/16/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court

120
Form 212