### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kim Floyd                                                                Case No: 14–18012–elf

      Debtor(s)


_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE


All creditors and parties in interest are notified that the above–captioned case has been closed without entry of
discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course
Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.




                                                                        For The Court

Dated: 11/16/20

                                                                     Timothy B. McGrath
                                                                      Clerk of Court