United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-18012-elf |
| Kim Floyd | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 16, 2020 | Form ID: 206 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Floyd, 522 Winfield Avenue, Upper Darby, PA 19082-2122 |
| aty | + | JOHN ERIC KISHBAUGH, Udren Law Offices PC, 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13399839 | + | Cba Collection Bureau, 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 13399840 | + | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13399841 | + | Delco Postal, 1410 Bywood Ave 2n P.O. Box 195, Upper Darby, PA 19082-0195 |
| 13447632 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13399844 | + | Global Credit, 20010 Century Blvd Ste 4, Germantown, MD 20874-1118 |
| 13414648 | + | Lakeview Loan Servicing, LLC, c/o ANDREW F GORNALL, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 13399851 | + | Salute, Po Box 105555, Atlanta, GA 30348-5555 |
| 13404142 | | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 13399852 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 13399853 | + | Specialized Loan Servi, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 13456894 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13840528 | | THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing, PO BOX 10826, Greenville, SC 29603-0826 |
| 13468511 | | The Bank of New York Mellon, c/o LORRAINE GAZZARA DOYLE, Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 13814370 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13399854 | + | Tribute, Po Box 105555, Atlanta, GA 30348-5555 |
| 13986808 | + | William E. Craig, Esquire Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 13399855 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 17 2020 04:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 17 2020 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13458460 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 206 | Total Noticed: 37 |

| | | | |
|---|---|---|---|
| | | Nov 17 2020 04:02:00 | Cascade Capital, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13507200 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2020 04:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 13448502 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2020 04:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13399845 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 03:44:42 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 13399846 | Email/Text: camanagement@mtb.com | Nov 17 2020 04:02:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 13399847 | Email/Text: camanagement@mtb.com | Nov 17 2020 04:02:00 | M&T Bank, 1100 Wehrle Dr., Buffalo, NY 14221 |
| 13434792 | Email/Text: camanagement@mtb.com | Nov 17 2020 04:02:00 | M&T Bank, PO BOX 1288, Buffalo, NY 14240 |
| 13399848 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2020 04:02:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13399850 | Email/Text: banko@preferredcredit.com | Nov 17 2020 04:02:00 | Preferred Credit Inc, 3051 2nd St S Ste 200, Saint Cloud, MN 56301 |
| 13399849 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13570689 | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2020 04:02:00 | Quantum3 Group LLC as agent for, NCEP LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, NCEP LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13436618 | *+ | Chrysler Capital, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 13399843 | ##++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, Ecmc, 1 Imation Pl, Oakdale, MN 55128 |
| 13399842 | ##+ | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 16, 2020 | Form ID: 206 | Total Noticed: 37 |

ANDREW F GORNALL
    on behalf of Creditor Lakeview Loan Servicing  LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

GEORGETTE MILLER
    on behalf of Debtor Kim Floyd mlee@margolisedelstein.com
    jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
    ;mcon1@margolisedelstein.com;LeeMR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Lakeview Loan Servicing  LLC Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8
    Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee Lorraine@mvrlaw.com,
    Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-8
    mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
    on behalf of Creditor THE BANK OF NEW YORK MELLON wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kim Floyd                                                                Case No: 14−18012−elf

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 11/16/20

Timothy B. McGrath
Clerk of Court

124
Form 206